**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **VEXAS CORP. d/b/a ATLAS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES; U.S. CUSTOMS AND BORDER PROTECTION; and ERIC CHOY, in his official capacity as Executive Director, Trade Remedy Law Enforcement Directorate, Office of Trade, U.S. Customs and Border Protection,**<br><br>**Defendants.**<br><br>**and**<br><br>**AMERICAN PERSONAL TRANSPORTATION VEHICLE MANUFACTURERS COALITION,**<br><br>**Proposed Defendant-Intervenor.** | **Before: Hon. Leo M. Gordon, Judge**<br><br>**Court No. 26-03809** |

**NOTICE OF APPEAL**

Notice is hereby given that the American Personal Transportation Vehicle Manufacturers Coalition (the "Coalition"), proposed defendant-intervenor in the above-captioned case, hereby appeals to the United States Court of Appeals for the Federal Circuit the Court of International Trade's Order, ECF No. 52, denying in part the Coalition's motion to intervene, ECF No. 13.

Respectfully submitted,

*/s/ Robert E. DeFrancesco, III*

Robert E. DeFrancesco, III, Esq.
Derick G. Holt, Esq.
Theodore P. Brackemyre, Esq.
Rebecca J. Fiebig, Esq.
Joel S. Nolette, Esq.
Kahlil H. Epps, Esq. (*admission pending*)

**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
(202) 719-7000
rdefrancesco@wiley.law

*Counsel to the American Personal Transportation Vehicle Manufacturers Coalition*

Dated: October 29, 2026