UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE LEO M. GORDON, SENIOR JUDGE

VEXAS CORP. d/b/a ATLAS,

Plaintiff,

BINTELLI, LLC,

Consolidated Plaintiff,

VENOM EV, LLC,

Consolidated Plaintiff,

v.

UNITED STATES; U.S. CUSTOMS AND BORDER PROTECTION; and ERIC CHOY, in his official capacity as Executive Director, Trade Remedy Law Enforcement Directorate, Office of Trade, U.S. Customs and Border Protection,

Defendants,

and

AMERICAN PERSONAL TRANSPORTATION VEHICLE MANUFACTURERS COALITION,

Defendant-Intervenor.

Consol. Court No. 26-03809

**ORDER**

Upon consultation with the parties, and all other papers and proceedings had in this action; and upon due deliberation, it is hereby

**ORDERED** that Plaintiffs shall withdraw their respective motions for temporary restraining orders and preliminary injunctions, without prejudice, within two (2) business days of

the entry of this order; and it is further

**ORDERED** that Plaintiffs shall file their motions for judgment on the agency record by November 24, 2026; and it is further

**ORDERED** that Defendants and Defendant-intervenor shall file their briefs in response to the motions for judgment on the agency record by December 21, 2026; and it is further

**ORDERED** that Plaintiffs shall file their reply briefs in support of their motions by January 15, 2027; and it is further

**ORDERED** that the oral argument shall be held on ________________.

______________________________
Judge Leo M. Gordon

Dated: ______________
New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE LEO M. GORDON, SENIOR JUDGE

VEXAS CORP. d/b/a ATLAS,

Plaintiff,

BINTELLI, LLC,

Consolidated Plaintiff,

VENOM EV, LLC,

Consolidated Plaintiff,

v.

UNITED STATES; U.S. CUSTOMS AND BORDER PROTECTION; and ERIC CHOY, in his official capacity as Executive Director, Trade Remedy Law Enforcement Directorate, Office of Trade, U.S. Customs and Border Protection,

Defendants,

and

AMERICAN PERSONAL TRANSPORTATION VEHICLE MANUFACTURERS COALITION,

Defendant-Intervenor

Consol. Court No. 26-03809

**JOINT STATUS REPORT**

Pursuant to the Court's October 6, 2026 paperless order directing the parties to file a joint status report on or before October 16, 2026, informing the Court of the status of their

discussions, as well as the Court's October 16, 2026 order extending the deadline for such report until October 30, 2026, the plaintiffs and defendants provide this report:

Plaintiffs and defendants have conferred and reached an agreement regarding the format for the remainder of the proceedings. Specifically, plaintiffs and defendants have agreed to an expedited briefing on the merits of this matter as set forth below, and plaintiffs have agreed to withdraw, without prejudice, their respective motions for temporary restraining order and preliminary injunction with the hope that the Court should be in a position to render a decision on the merits of this case on or before March 16, 2027. The parties propose the following schedule:

- Plaintiffs shall file their motions for judgment on the agency record by November 24, 2026.
- Defendants and defendant-intervenor shall file their responses to the motions for judgment on the agency record by December 21, 2026.
- Plaintiffs shall file their reply briefs in support of their motions by January 15, 2027.
- The parties propose that the oral argument for the motion for judgment on the agency record be held during the period of February 16-19, 2027. As an alternative, the parties propose the time period of February 8-12, 2027, though this period is less preferred due to lack of availability for certain defendant counsel team members.

This joint status report reflects the result of negotiations only between plaintiffs and defendants, not defendant-intervenor. However, while defendant-intervenor, through its counsel Derick Holt of Wiley Rein LLP, has indicated its availability for the proposed schedule above on October 30, 2026, defendant-intervenor believes briefing on the merits while CBP is conducting its EAPA investigation and without a determination of jurisdiction is premature.

WHEREFORE, plaintiffs and defendants respectfully request that the Court enter the accompanying proposed order.

Respectfully submitted,

/s/ Henry Almond
Henry D. Almond
David J. Park
Lynn Fischer Fox
Kang Woo Lee
Archana Rao P. Vasa
Sally Alghazali
Jennifer "Ellie" Farrin

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 942-5000

*Counsel to Vexas Corp. d/b/a Atlas*

/s/ Daniel R. Wilson
Daniel R. Wilson
Carolyn Bethea Connolly
Faegre Drinker Biddle & Reath LLP
1500 K Street, N.W., Ste. 1100
Washington, DC 20005
Phone: (202) 230-5000
Fax: (202) 842-8465
daniel.wilson@faegredrinker.com
carrie.connolly@faegredrinker.com

Lawrence G. Scarborough
Jovana Crncevic
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 43rd Floor
New York, New York 10036
Phone: (212) 248-3140
Fax: (212) 248-3141
lawrence.scarborough@faegredrinker.com
jovana.crncevic@faegredrinker.com

*Counsel for Bintelli, LLC & Venom EV, LLC*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

DOUGLAS G. EDELSCHICK
Assistant Director

ADAM VISCHIO
Trial Attorney

By: /s/ Arie C. Eernisse
ARIE C. EERNISSE
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, NY 10278
(202) 598-0904

*Attorneys for Defendants*

Dated: October 30, 2026