# UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: HONORABLE JANE A. RESTANI, JUDGE**
**HONORABLE LEO M. GORDON, JUDGE**
**HONORABLE TIMOTHY C. STANCEU, JUDGE**

VEXAS CORP. d/b/a ATLAS,

Plaintiff,

BINTELLI, LLC,

Consolidated Plaintiff,

VENOM EV, LLC,

Consolidated Plaintiff,

v.

UNITED STATES; U.S. CUSTOMS AND BORDER PROTECTION; and ERIC CHOY, in his official capacity as Executive Director, Trade Remedy Law Enforcement Directorate, Office of Trade, U.S. Customs and Border Protection,

Defendants,

v.

AMERICAN PERSONAL TRANSPORTATION VEHICLE MANUFACTURERS COALITION,

Defendant-Intervenor.

Consol. Court No. 26-03809-3JP

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF AMENDED MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

**PLEASE TAKE NOTICE** that, Plaintiff Venom EV, LLC, by and through undersigned counsel, in accordance with the agreement the Defendants expressed in the Joint Status Report filed October 30, 2026 (ECF No. 76) and in email correspondence among counsel dated October 30, 2026, hereby withdraws without prejudice its Amended Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 30) filed on September 8, 2026.

Dated: November 17, 2026

Respectfully submitted,

*/s/ Daniel R. Wilson*

Daniel R. Wilson
Carolyn Bethea Connolly
Rachel Anna Beck
Faegre Drinker Biddle & Reath LLP
1500 K Street, N.W., Ste. 1100
Washington, DC 20005
Phone: (202) 230-5000
Fax: (202) 842-8465
daniel.wilson@faegredrinker.com
carrie.connolly@faegredrinker.com
rachel.beck@faegredrinker.com

Lawrence G. Scarborough
Jovana Crncevic
Taylor Lynn Norton
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 43rd Floor
New York, New York 10036
Phone: (212) 248-3140
Fax: (212) 248-3141
lawrence.scarborough@faegredrinker.com
jovana.crncevic@faegredrinker.com

Jesse Long Marks
Faegre Drinker Biddle & Reath LLP
1144 15th Street, Suite 3400
Denver, Colorado 80202
Phone: (303) 607-3500
Fax: (303) 607-3600
jesse.marks@faegredrinker.com

*Attorneys for Plaintiff Venom EV, LLC*