# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ICON EV LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES, *et al.*,<br><br>*Defendants,*<br><br>AMERICAN PERSONAL TRANSPORTATION VEHICLE MANUFACTURERS COALITION,<br><br>*Defendant-Intervenor.* | Before: Jane A. Restani, Timothy C. Stanceu, and Leo M. Gordon, Judges<br><br>Court No. 26-02759-3JP |
| VEXAS CORP., *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES, *et al.*,<br><br>*Defendants,*<br><br>AMERICAN PERSONAL TRANSPORTATION VEHICLE MANUFACTURERS COALITION,<br><br>*Defendant-Intervenor.* | Before: Jane A. Restani, Timothy C. Stanceu, and Leo M. Gordon, Judges<br><br>Consol. Court No. 26-03809-3JP |
| STAR EV CORP.,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES, *et al.*,<br><br>*Defendants,* | Before: Jane A. Restani, Timothy C. Stanceu, and Leo M. Gordon, Judges<br><br>Court No. 26-03645-3JP |

**PLAINTIFF VEXAS CORP.'S NOTICE OF WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION WITHOUT PREJUDICE**

Plaintiff Vexas Corp. hereby notifies the Court of the withdrawal of its motion for a temporary restraining order and a preliminary injunction, filed in Ct. No. 26-03809 at ECF No. 7. Plaintiff makes this withdrawal consistent with the agreement of the parties as discussed in the October 30, 2026, Joint Status Report, Ct. No. 26-03809, ECF No. 76 (describing that the parties agreed to expedited briefing on the merits, and withdrawal of the motion for temporary restraining order and preliminary injunction, "with the hope that the Court should be in a position to render a decision on the merits of this case on or before March 16, 2027.").

This withdrawal applies only to the motion for a temporary restraining order and preliminary injunction. Moreover, Vexas Corp. reserves the right to renew its request for temporary or preliminary relief if circumstances change.

A proposed order effectuating this withdrawal is included in the parties' Joint Proposed Scheduling Order, filed today at ECF. No. 83.

Respectfully submitted,

/s/ Henry D. Almond

Henry D. Almond
David J. Park
Lynn Fischer Fox
Kang Woo Lee
Archana Rao P. Vasa
Sally Alghazali
Jennifer "Ellie" Farrin
*Counsel to Vexas Corporation d/b/a Atlas*

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 942-5000
Fax: (202) 942-5999
E-mail: Henry.Almond@arnoldporter.com

**November 17, 2026**